FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 15 2008

CENTRAL DISTRICT OF CAL...
BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| CHAD MICHAEL PELCH, | ) | No. CV 08-7937-AHM (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: December 15, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE